UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| ANNAMARIE D. RIETHMILLER, <br> and 649 OTHERS, <br>         Plaintiff, <br>   v. <br> ELECTORS FOR THE STATE OF INDIANA, <br>         Defendant. | ) <br> ) <br> ) <br> ) CAUSE NO. 1:12-CV-335 WL <br> ) <br> ) <br> ) |

ORDER

Annamarie D. Riethmiller,[1] a *pro se* plaintiff, filed this 51 page pleading on behalf of herself and 649 other mental health patients[2] in Manatee County, Florida. In it, she details her numerous objections to various allegedly unconstitutional actions taken by President Barack Obama. She alleges that he is not eligible to run for president and seeks to enjoin the Electors for the State of Indiana.

This is not the first case that Ms. Riethmiller has filed in federal court. A nationwide search shows that as of the morning of September 26, 2012, she had filed eighteen other cases, including seven cases identical to this one in Alabama, Arizona, Idaho, Kansas, Montana, Oregon, and Wyoming. Given that this pleading is a typed document on which she has handwritten the name of each of these states, it appears that she may have mailed this document to federal courts across the entire country. Before she filed any of these cases, she had filed seven frivolous cases in the Middle

---

[1] In the filings presented to this court, Annamarie D. Riethmiller identifies herself as "Annamarie ? Last name uncertain." Nevertheless, she cites to *Riethmiller v. Ezell*, 8:12-cv-1796 (M.D. Fla. filed August 8, 2012) in which she used her full name. Therefore the clerk will be directed to edit the docket sheet to include her actual name.

[2] Though a *pro se* litigant can represent her own interests, he may not represent others. *Malone v. Nielson*, 474 F.3d 934, 937 (7th Cir. 2007); *Navin v. Park Ridge Sch. Dist.*, 270 F.3d 1147, 1149 (7th Cir. 2001); *Nowicki v. Ullsvik*, 69 F.3d 1320, 1325 (7th Cir. 1995).

District of Florida. In *Riethmiller v. Ezell*, 8:12-cv-1796 (M.D. Fla. filed August 8, 2012), the court described her filing as "insensible and absurd." It found that complaint to be "entirely without merit and frivolous." It cautioned her "that if she files any future pleadings that the Court deems legally frivolous, she will be designated as a vexatious litigant . . .."

Clearly, Ms. Riethmiller did not heed that warning. This case is frivolous and deserves no further judicial time. *See Lee v. Clinton*, 209 F.3d 1025 (7th Cir. 2000), and *Gladney v. Pendleton Correctional Facility*, 302 F.3d 773, 774 (7th Cir. 2002). Therefore it will be dismissed. Ms. Riethmiller does not live in Indiana and it does not appear that she has any legitimate reason to be filing lawsuits in this district. She is an abusive filer who is filing frivolous lawsuits in federal courts across the country. "Abusers of the judicial process are not entitled to sue and appeal without paying the normal filing fees -- indeed, are not entitled to sue and appeal, period. Abuses of process are not merely not to be subsidized; they are to be sanctioned." *Free v. United States*, 879 F.2d 1535, 1536 (7th Cir. 1989). The United States Supreme Court has stated approvingly that, "Federal courts have both the inherent power and constitutional obligation to protect their jurisdiction from conduct which impairs their ability to carry out Article III functions." *In re McDonald*, 489 U.S. 180, 185 n. 8 (1989) citing *In re Martin-Trigona*, 737 F. 2d 1254, 1261 (2nd Cir. 1984). It is unnecessary to permit her abusive filings to escalate further. Therefore she will be restricted from filing any other papers in this court.

For the foregoing reasons, the court:

(1) **DIRECTS** the clerk to edit the docket sheet to show that the plaintiff's name is Annamarie D. Riethmiller;

(2) **DISMISSES** this complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(i);

(3) **RESTRICTS** Annamarie D. Riethmiller from filing in this court;

(4) **DIRECTS** the clerk not to file anything submitted by or on behalf of Annamarie D. Riethmiller except for a notice of appeal from this order; and

(5) **DIRECTS** the clerk to note on the docket of this case any attempted filings in violation of this order.

SO ORDERED.

ENTERED: September 28, 2012

                                              s/William C. Lee
                                             William C. Lee, Judge
                                             United States District Court