# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| Everett McKinley Dirksen United States Courthouse | Office of the Clerk |
|---|---|
| Room 2722 - 219 S. Dearborn Street | Phone: (312) 435-5850 |
| Chicago, Illinois 60604 | www.ca7.uscourts.gov |

November 8, 2012

| | |
|---|---|
| | ANNAMARIE D. RIETHMILLER, |
| | Plaintiff - Appellant |
| No.: 12-3361 | v. |
| | ELECTORS FOR THE STATE OF INDIANA, |
| | Defendant - Appellee |

**Originating Case Information:**

District Court No: 1:12-cv-00335-WCL-RBC
Northern District of Indiana, Fort Wayne Division
District Judge William C. Lee

This cause, docketed on October 15, 2012, is **DISMISSED** for failure to timely pay the required docketing fee, pursuant to Circuit Rule 3(b).

form name: **c7_FinalOrderWMandate**(form ID: **137**)

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

November 8, 2012

To:    Robert N. Trgovich
       UNITED STATES DISTRICT COURT
       Northern District of Indiana
       Fort Wayne , IN 46802-0000

| No.: 12-3361 | ANNAMARIE D. RIETHMILLER,<br>Plaintiff - Appellant<br><br>v.<br><br>ELECTORS FOR THE STATE OF INDIANA,<br>Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:12-cv-00335-WCL-RBC<br>Northern District of Indiana, Fort Wayne Division<br>District Judge William C. Lee ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                               Circuit Rule 3(b)

STATUS OF THE RECORD:                            no record to be returned

**NOTE TO COUNSEL:**

If any physical and large documentary exhibits have been filed in the above-entitled cause, they are to be withdrawn ten (10) days from the date of this notice. Exhibits not withdrawn during this period will be disposed of.

Please acknowledge receipt of these documents on the enclosed copy of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate and record, if any, from the Clerk, U.S. Court of Appeals for the Seventh Circuit.

**Date:**                                                            **Received by:**


_____                                _____

form name: **c7_Mandate**(form ID: **135**)

case 1:12-cv-00335-WCL-RBC document 9 filed 11/08/12 page 3 of 3